IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NATIONAL FEDERATION OF THE
BLIND OF ARKANSAS, INC. AND
LARRY H. WAYLAND                                                      PLAINTIFFS

V.                                          LR-C-99-777

MARK PRYOR, AS HE IS ATTORNEY GENERAL
OF THE STATE OF ARKANSAS ATTORNEY GENERAL          DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED this 21 day of April, 2000.

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 4/26/00 BY ab

James M. Moody
United States District Judge



F I L E   C O P Y

ah

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Post Office & Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

April 26, 2000

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:99-cv-00777.

True and correct copies of the attached were mailed by the clerk to the following:

Sherry P. Bartley, Esq.
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 West Capitol Avenue
Suite 1800
Little Rock, AR   72201-3525

Errol Copilevitz, Esq.
Copilevitz & Canter, L.L.C.
423 West Eighth Street
Suite 400
Kansas City, MO   64105

William E. Raney, Esq.
Copilevitz & Canter, L.L.C.
423 West Eighth Street
Suite 400
Kansas City, MO   64105

Brian G. Brooks, Esq.
Arkansas Attorney General's Office
Catlett-Prien Tower Building
323 Center Street
Suite 200
Little Rock, AR   72201-2610

press, post

James W. McCormack, Clerk

Date:   4/26/00                          BY:   A Hensley