# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT



No. 00-2324

| | |
|---|---|
| National Federation of the Blind of Arkansas, Inc., Larry H. Wayland, | * * * * |
| Appellants, | * * |
| v. | * * |
| Mark Pryor, as He is Attorney General of the State of Arkansas, | * * * |
| Appellee. | * |

Appeal from the United States District Court for the Eastern District of Arkansas

### JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

July 31, 2001

A true copy.

ATTEST: Michael E. Gans

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

